UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AIMEE MENDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 11-CV-3011-JPH<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

Magistrate Judge Hutton entered a Report and Recommendation on August 20, 2012, recommending Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied. (ECF No. 25.) No objection was filed. Therefore, the court **ADOPTS** the Report and Recommendation. Accordingly,

**IT IS ORDERED:**

1.　Plaintiff's Motion for Summary Judgment **(Ct. Rec. 17)** is **GRANTED**. The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).

2.　Defendant's Motion for Summary Judgment **(Ct. Rec. 22)** is **DENIED.**

///
///
///
///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3.   An application for attorney fees may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** this 15th day of October, 2012.


             *s/Robert H. Whaley*
             ROBERT H. WHALEY
             United States District Judge