UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AIMEE MENDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,[1]
Commissioner of Social Security,

    Defendant.

No. 11-CV-3011-JPH

ORDER ADOPTING REPORT
AND RECOMMENDATION

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on February 6, 2013 (ECF No. 35) recommending Plaintiff's motion for attorney fees pursuant to the EAJA (ECF No. 28) be **granted.** Defendant does not object to the amount requested. (ECF No. 33).

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

///
///
///
///
///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**IT IS ORDERED:**

The Report and Recommendation, **ECF No. 35,** to grant Plaintiff's motion for fees pursuant to the EAJA is **ADOPTED in its entirety**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 28th day of February, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2